No. 400. BUSINESS MEN'S ASSURANCE Co. *v.* CAMPBELL. October 21, 1929. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied.

Mr. *Egbert F. Halstead* for petitioner. Mr. *Charles E. Feirich* for respondent.